GARMAN TURNER GORDON LLP
William M. Noall (SBN 122244)
wnoall@gtg.legal
Gregory E. Garman (*pro hac vice* admission to be filed)
ggarman@gtg.legal
Erika Pike Turner (*pro hac vice* admission to be filed)
eturner@gtg.legal
Dylan T. Ciciliano (*pro hac vice* admission to be filed)
dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

*Attorneys for Plaintiff National Rifle Association*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, § § § Plaintiff, § § v. § § CITY AND COUNTY OF SAN FRANCISCO; VALLIE BROWN, both individually and in her official capacity; SANDRA LEE FEWER, both individually and in her official capacity; MATT HANEY, both individually and in his official capacity; RAFAEL MANDELMAN, both individually and in his official capacity; GORDON MAR, both individually and in his official capacity; AARON PESKIN, both individually and in his official capacity; HILLARY RONEN, both individually and in her official capacity; AHSHA SAFAI, both individually and in his official capacity; CATHERINE STEFANI, both individually and in her official capacity; SHAMANN WALTON, both individually and in his official capacity; and NORMAN YEE, both individually and in his official capacity, § § § § § § § § § § § § § § § § § § § § § § Defendants. § | Case No. 3:19-CV-05669-RS<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)** |

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

Page 1

Plaintiff National Rifle Association of America ("Plaintiff") and Defendants City and County of San Francisco, Vallie Brown, Sandra Lee Fewer, Matt Haney, Rafael Mandelman, Gordon Mar, Aaron Peskin, Hillary Ronen, Ahsha Safai, Catherine Stefani, Shamann Walton, and Norman Yee (the "Defendants" and, together with Plaintiff, the "Parties") hereby stipulate as follows.

**A.   Recitals**

1. Defendants filed their *Motion to Dismiss Complaint Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)* (the "Motion") on October 17, 2019.

2. The Motion involves significant, substantive issues.

3. Plaintiff's opposition to the Motion is currently due on October 31, 2019.

4. Defendants' reply to any opposition is currently due on November 7, 2019.

5. The hearing on the Motion is scheduled for November 21, 2019 at 1:30 p.m.

**B.   Stipulation.**

Now, therefore, Plaintiff and Defendants agree and stipulate as follows:

6. That, subject to Court approval, the deadline for Plaintiff to oppose the Motion shall be extended to November 7, 2019, the Defendants' reply deadline shall be extended to November 21, 2019, and the hearing shall be scheduled for December 5, 2019 at 1:30 p.m.

7. The Parties jointly request that the Court enter an order, in the form submitted, modifying the schedule as provided above.

**It is So Stipulated.**

Dated:  October 29, 2019                              **GARMAN TURNER GORDON, LLP**

By:  */s/ William M. Noall*
William M. Noall
Gregory E. Garman (*pro hac vice* admission to be filed)
Erika Pike Turner (*pro hac vice* admission to be filed)
Dylan T. Ciciliano (*pro hac vice* admission to be filed)
*Counsel for Plaintiff*

Of Counsel:

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)                                          Page 2
4848-0764-3307, v. 1

William A. Brewer III (*pro hac vice* admission to be filed)
wab@brewerattorneys.com
Sarah B. Rogers (*pro hac vice* admission to be filed)
sbr@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

                         DENNIS J. HERRERA
                         City Attorney
                         WAYNE SNODGRASS
                         TARA M. STEELEY
                         AILEEN M. MCGRATH
                         Deputy City Attorneys

                         By:  */s/ Tara M. Steeley*
                         TARA M. STEELEY
                         Attorneys for Defendants
                         CITY AND COUNTY OF SAN FRANCISCO,
                         VALLIE BROWN, SANDRA LEE FEWER,
                         MATT HANEY, RAFAEL MANDELMAN,
                         GORDON MAR, AARON PESKIN, HILLARY
                         RONEN, AHSHA SAFAI, CATHERINE
                         STEFANI, SHAMANN WALTON, and NORMAN
                         YEE, all individually and in their official capacities