1  GARMAN TURNER GORDON LLP
   William M. Noall (SBN 122244)
2  wnoall@gtg.legal
   Gregory E. Garman (*pro hac vice* admission to be filed)
3  ggarman@gtg.legal
   Erika Pike Turner (*pro hac vice* admission to be filed)
4  eturner@gtg.legal
   Dylan T. Ciciliano (*pro hac vice* admission to be filed)
5  dciciliano@gtg.legal
   650 White Drive, Suite 100
6  Las Vegas, Nevada 89119
   Telephone: (725) 777-3000
7  Facsimile: (725) 777-3112

8  *Attorneys for Plaintiff National Rifle Association*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** § § § | Case No. 3:19-CV-05669-RS |
| **Plaintiff,** § § § | |
| v. § § § | **ORDER APPROVING STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)** |
| **CITY AND COUNTY OF SAN FRANCISCO; VALLIE BROWN**, both individually and in her official capacity; **SANDRA LEE FEWER**, both individually and in her official capacity; **MATT HANEY**, both individually and in his official capacity; **RAFAEL MANDELMAN**, both individually and in his official capacity; **GORDON MAR**, both individually and in his official capacity; **AARON PESKIN**, both individually and in his official capacity; **HILLARY RONEN**, both individually and in her official capacity; **AHSHA SAFAI**, both individually and in his official capacity; **CATHERINE STEFANI**, both individually and in her official capacity; **SHAMANN WALTON**, both individually and in his official capacity; and **NORMAN YEE**, both individually and in his official capacity, § § § § § § § § § § § § § § § § § § § | |
| **Defendants.** § | |

[PROPOSED] ORDER APPROVING STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)                                                                  Page 1

The Court has considered the stipulation of plaintiff National Rifle Association of America ("Plaintiff") and Defendants City and County of San Francisco, Vallie Brown, Sandra Lee Fewer, Matt Haney, Rafael Mandelman, Gordon Mar, Aaron Peskin, Hillary Ronen, Ahsha Safai, Catherine Stefani, Shamann Walton, and Norman Yee (the "Defendants") to modify the briefing schedule on Defendants' pending *Motion to Dismiss Complaint Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6)*.

Based on the stipulation, and good cause appearing, the Court hereby APPROVES the stipulation, and modifies the briefing schedule as follows:

    Plaintiff's Opposition Due: November 7, 2019
    Defendants' Reply Due: November 21, 2019
    Hearing: December 5, 2019 at 1:30 p.m.

**It is So Ordered.**

Dated: 10/30/19

_____
The Honorable Richard G. Seeborg
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER APPROVING STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE BRIEFS RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)
4837-2800-3499, v. 2

Page 2