GARMAN TURNER GORDON LLP
William M. Noall (SBN 122244)
wnoall@gtg.legal
Gregory E. Garman (*pro hac vice* admission to be filed)
ggarman@gtg.legal
Erika Pike Turner (*pro hac vice* admission to be filed)
eturner@gtg.legal
Dylan T. Ciciliano (*pro hac vice* admission to be filed)
dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

*Attorneys for Plaintiff National Rifle Association*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** § § § **Plaintiff,** § § **v.** § § **CITY AND COUNTY OF SAN FRANCISCO; VALLIE BROWN, both individually and in her official capacity; SANDRA LEE FEWER, both individually and in her official capacity; MATT HANEY, both individually and in his official capacity; RAFAEL MANDELMAN, both individually and in his official capacity; GORDON MAR, both individually and in his official capacity; AARON PESKIN, both individually and in his official capacity; HILLARY RONEN, both individually and in her official capacity; AHSHA SAFAI, both individually and in his official capacity; CATHERINE STEFANI, both individually and in her official capacity; SHAMANN WALTON, both individually and in his official capacity; and NORMAN YEE, both individually and in his official capacity,** § § § § § § § § § § § § § § § § § § § § § § § § **Defendants.** § | Case No. 3:19-CV-05669-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>
Page 1

1   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i),

2 Plaintiff the National Rifle Association of America voluntarily dismisses without prejudice the

3 above-entitled action against all Defendants. This notice of dismissal is being filed with the Court

4 before service by Defendants of either an answer or a motion for summary judgment.

Dated:  November 7, 2019				**GARMAN TURNER GORDON, LLP**

						By: */s/ William M. Noall* _____
						William M. Noall
						Counsel for Plaintiff

Of Counsel:

William A. Brewer III (*pro hac vice* admission to be filed)
wab@brewerattorneys.com
Sarah B. Rogers (*pro hac vice* admission to be filed)
sbr@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849